BEFORE THE FIRST DIVISION, JANUARY 13, 1964

**No. 68230.**—Sponholz et al. *v.* United States, protests 58/17693, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the

merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.